UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yakov Magdalsov,<br><br>                    Plaintiff,<br><br>         -against-<br><br>ByteDance Inc.,<br><br>                    Defendant. | 25-CV-4243 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendant removed this case from the Supreme Court of New York, New York County. Dkt. 2. Plaintiff, acting *pro se*, now moves to remand the case, Dkt. 8, and for a temporary restraining order and preliminary injunction, Dkt. 12. If defendant wishes to respond to either motion, it should do so by **June 12, 2025**.

      SO ORDERED.

Dated: June 3, 2025
       New York, New York

                                    ARUN SUBRAMANIAN
                                    United States District Judge