UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yakov Magdalasov,<br><br>                    Plaintiff,<br><br>         -against-<br><br>ByteDance Inc.,<br><br>                    Defendant. | 25-CV-4243 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Defendant filed a motion to dismiss on June 11, 2025. Dkt. 20. At the time, *pro se* plaintiff's motion to remand and for a temporary restraining order was pending, and he submitted a response to the motion to dismiss indicating that he believed it premature to respond but requested leave to oppose the motion if the motion to remand was denied. Dkt. 27. Defendants submitted their reply on July 2, 2025, asking the Court to consider the motion fully submitted. Dkt. 30.

    Given plaintiff's *pro se* status, the Court will grant him the opportunity to submit an opposition brief by **September 5, 2025**. If defendant wishes to submit another reply brief in response, it may do so by **September 19, 2025**.

    SO ORDERED.

Dated: August 11, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge
